IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SENDER JOEL ESCOBAR-SOTO, <br><br> Defendant. | 8:19CR86 <br><br> ORDER |

This matter is before the Court on defendant Sender Joel Escobar-Soto's ("Escobar-Soto") Motion to Proceed *In Forma Pauperis* (Filing No. 36) on appeal. Although the Court initially appointed the Federal Public Defender to represent Escobar-Soto in this case, Escobar-Soto later retained private counsel, who helped him prepare the present motion.

In his motion and accompanying affidavit, Escobar-Soto states he has exhausted his limited funds and "cannot afford the docketing fee and associated court fees" to appeal his sentence. Upon careful review, the Court finds Escobar-Soto's motion should be granted. *See* Fed. R. App. P. 24(a). Escobar-Soto may proceed in forma pauperis on appeal.

IT IS SO ORDERED.

Dated this 5th day of August 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge